UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PAM FRADELLA | CIVIL ACTION NO.: 17-cv-09622 |
| Plaintiff, | Complaint – Class Action |
| versus | JUDGE: MORGAN |
| THE COCA-COLA COMPANY, COCA-COLA BOTTLING COMPANY UNITED, INC., COCA-COLA BOTTLING COMPANY UNITED-GULF COAST, LLC AND COCA-COLA REFRESHMENTS USA, INC. | MAGISTRATE JUDGE: KNOWLES |
| Defendants, | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**FIRST SUPPLEMENTAL AND AMENDING PETITION**

NOW INTO COURT, through undersigned counsel, comes Petitioner, Pam Fradella, individually, and on behalf of all other persons similarly situated, who brings this supplemental and amending petition as a matter of course under Federal Rule of Civil Procedure, Rule 15(a)(1) as no Answer or responsive pleading has been filed and served in this matter. Petitioner supplement and amends her petition to provide as follows:

I.

To supplement and amend the introductory paragraph of Petitioner's original petition for damages to provide as follows:

"The Petition of **PAM FRADELLA**, an individual of the full age of majority and resident of the Parish of Jefferson, State of Louisiana, individually, and on behalf of all other persons similarly situated, hereinafter referred to as "Petitioner" or "Putative Class Representative," brings this suit as a class action pursuant to article 591, *et seq*., of the Louisiana Code of Civil Procedure,

against the defendants, **THE COCA-COLA COMPANY, COCA-COLA BOTTLING COMPANY UNITED, INC., COCA-COLA BOTTLING COMPANY UNITED-GULF COAST, LLC, COCA-COLA REFRESHMENTS USA, INC.,** and **ROUSE'S ENTERPRISES, L.L.C.** (collectively, "Defendants"), respectfully representing as follows:"

II.

To supplement and amend paragraph 5 of Petitioner's original petition for damages to provide as follows:

"5(a)

Made Defendant herein is **ROUSE'S ENTERPRISES, L.L.C.,** a Louisiana Limited Liability Company with its principal place of business in Thibodaux, Louisiana, licensed to do and doing business in the State of Louisiana, who may be served through its registered agent for service of process, Allison Royster, 1301 St. Mary Street, Thibodaux, Louisiana 70301.  Defendant herein is involved in the distribution, handling, and marketing of the product complained of herein which activity on information and belief occurs at its business establishments within Louisiana and especially and specifically located at 5245 Veterans Memorial Blvd., Metairie, Louisiana 70006."

III.

To supplement and amend paragraph 10 of Petitioner's original petition for damages to provide as follows:

"10.

On or about September 21, 2016, Putative Class Representative, Pam Fradella, purchased a 64 oz. bottle of Gold Peak Tea for her personal consumption at Rouse's Market located at 5245 Veterans Memorial Blvd., Metairie, Louisiana 70006."

IV.

To supplement and amend paragraph 19 of Petitioner's original petition for damages to provide as follows:

"19.

As the manufacturers, marketers and distributors of Gold Peak Tea, pursuant to the Louisiana Products Liability Act ("LPLA"), La. R.S. 9:2800.51, *et seq.*, Defendants are liable to the Putative Class Representative for all damages caused by characteristics of their product that rendered the product useless, unreasonably dangerous and unfit for consumption. Furthermore, Defendants, as the owner or custodian of the Gold Peak Tea beverage product is answerable under Louisiana Civil Code Articles 2317 and 2317.1 for the damages occasioned by the product's ruin, vice, or defect."

V.

To supplement and amend paragraph 51 of Petitioner's original petition for damages to provide as follows:

"51.

The Defendants, as the manufacturers, marketers, distributors, and/or sellers of Gold Peak Tea, knew, or should have known, that the Gold Peak Tea contained mold or some other deleterious substance, or had a propensity for mold or some other deleterious substance to form within the product."

VI.

To supplement and amend paragraph 56 of Petitioner's original petition for damages to provide as follows:

"56

Defendants, as the manufacturers, marketers, distributors, and/or sellers of the Gold Peak Tea, owed a duty to those persons who would purchase Gold Peak Tea for their personal consumption to exercise due care in manufacturing, bottling, marketing, distributing, and selling the Gold Peak Tea such that their consumers would not be harmed by any unreasonably dangerous or harmful condition of their product."

VII.

To supplement and amend the prayer paragraph beginning with WHEREFORE of Petitioner's original petition for damages to provide as follows:

"WHEREFORE, Plaintiff, individually, and on behalf of all other persons similarly situated, prays that Defendants be duly cited and served with this Petition, be required to appear and answer the same, and after due proceedings had, that there by judgment rendered herein in favor of Plaintiff and the Putative Class , and against Defendants, **THE COCA-COLA COMPANY, COCA-COLA BOTTLING COMPANY UNITED, INC.**, **COCA-COLA BOTTLING COMPANY UNITED-GULF COAST, LLC, COCA-COLA REFRESHMENTS USA, INC.**, and **ROUSE'S ENTERPRISES, L.L.C.**, jointly, severally, and *in solido*, as follows:

1) An Order certifying the class under the appropriate provision of La. C.C.P. Art. 591 and 592 and appointing Plaintiff and her counsel to represent the class;

2) Awarding an amount adequate to compensate Plaintiff and the Putative Class for their actual losses and damages;

3) Ordering rescission of the sales of Defendants' product to the Plaintiff and the Putative Class;

4) Awarding an amount adequate to compensate Plaintiff and the Putative Class for their economic losses, including the purchase price and interest therefrom since the date of purchase;

5) Awarding pre-judgment and post-judgment interest to Plaintiff and the Putative Class;

6) Awarding the costs and the expenses of this litigation to Plaintiff and the Putative Class;

7) Awarding attorney fees under La. C.C. Art. 2545;

8) For notice to be sent to the class in a form and manner approved by the Court; and

9) Granting all such other relief as the Court deems necessary, just and proper, under equity and law."

Respectfully submitted,

/s/ John D. Sileo
**JOHN D. SILEO (LA. BAR NO.: 17797)**
**CASEY W. MOLL (LA. BAR NO.: 35925)**
**JOHN PAUL MASSICOT (LA. BAR NO.: 9033)**
320 N. Carrollton Avenue, Suite 101
New Orleans, Louisiana 70119
TEL: 504-486-4343
FAX: 504-297-1249

And

**CRAIG S. SOSSAMAN (LA BAR NO.: _____)**
3351 Severn Avenue, Suite 201
Metairie, Louisiana 70002
Telephone: (504) 455-3100
Facsimile: (504) 455-6500

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

                                                         /s/ John D. Sileo