UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PAM FRADELLA,**<br>     **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-9622** |
| **THE COCA-COLA COMPANY, ET AL.,**<br>     **Defendants** | **SECTION: "E"** |

### ORDER OF PARTIAL DISMISSAL

The Court having been advised by counsel that Plaintiff, Pam Fradella, and Defendants, The Coca-Cola Company, Coca-Cola Refreshments USA, Inc., and Rouse's Enterprises, LLC, have firmly agreed upon a compromise in this matter;

**IT IS ORDERED** that this action be and is hereby dismissed as to the aforementioned parties, including any crossclaims, without costs and without prejudice to the right, upon good cause shown, within sixty days, to reopen the action if the settlement is not consummated. In addition, the Court specifically retains jurisdiction to enforce the settlement agreement if settlement is not consummated within sixty days. *See* Fed. R. Civ. P. 41(a)(2); *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this 4th day of October, 2018.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**