UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PAM FRADELLA | * |
| Plaintiff, | * CIVIL ACTION NO: 17-cv-09622 |
| versus | * |
| | * JUDGE: MORGAN |
| THE COCA-COLA COMPANY, COCA-COLA BOTTLING COMPANY UNITED, INC., COCA-COLA BOTTLING COMPANY UNITED-GULF COAST, LLC, AND COCA-COLA REFRESHMENTS USA, INC. | * MAGISTRATE JUDGE: KNOWLES |
| Defendants. | * |

## **ORDER**

Considering the Joint Motion for Voluntary Dismissal with Prejudice,

**IT IS ORDERED** that the claims of Plaintiff, Pam Fradella, against Defendants, The Coca-Cola Company and Coca-Cola Refreshments USA, Inc., be and are hereby dismissed, with prejudice, each party to bear its respective costs.

**New Orleans, Louisiana, this 29th day of January, 2019.**

_____
JUDGE